IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-1795-AP**

**GEORGIA D. WARD,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

# ORDER

Kane, J.

  Defendant's Unopposed Motion to Remand (doc. #6), filed September 10, 2012, is **GRANTED**.

  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g).

  Dated:  September 12, 2012.

           BY THE COURT:

          *s/John L. Kane*
          JOHN L. KANE, SENIOR JUDGE
          UNITED STATES DISTRICT COURT