IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 12-cv-01795-AP

Georgia D. Ward,

    Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff</u>:

Christopher R. Alger
McDivitt Law Firm
1401 17th Street, Suite 500
Denver, CO 80202
303-426-4878
calger@mcdivittlaw.com

<u>For Defendant</u>:

| | |
|---|---|
| John F. Walsh<br>United States Attorney<br><br>J. Benedict García<br>Assistant United States Attorney<br>District of Colorado | Thomas H. Kraus<br>Special Assistant United States Attorney<br>Office of the General Counsel<br>Social Security Administration<br>1961 Stout Street, Suite 4169<br>Denver, Colorado 80294-4003<br>(303) 844-0815<br>Tom.kraus@ssa.gov |

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:  July 10, 2012**

    **B.**    **Date Complaint  Was Served on U.S. Attorney's Office:  July 11, 2012**

    **C.**    **Date Answer and Administrative Record Were Filed:  July 1, 2013**

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.  Both parties reserve the right to supplement the record in this case with any presently undisclosed evidence from the administrative record.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the cases raises unusual claims or defenses.

## 7.  OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.  This case *is* on appeal from a decision issued on remand from this Court.

## 8.  BRIEFING SCHEDULE

The parties request the following briefing schedule, which is within the standard time frame:

    **A.**    **Plaintiff's Opening Brief Due:  September 3, 2013**

    **B.**    **Defendant's Response Brief Due:  October 10, 2013**

    **C.**    **Plaintiff's Reply Brief (If Any) Due:  October 25, 2013**

### 9. STATEMENT REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

    B.    **Defendant's Statement:**  Defendant does not request oral argument.

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice*.

    A.    (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

### 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 22nd day of July, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:
ATTORNEY FOR PLAINTIFF                  UNITED STATES ATTORNEY

/s/ Christopher R. Alger                    /s/ Thomas H. Kraus
By: Christopher R. Alger                  By: Thomas H. Kraus
McDivitt Law Firm                            Special Assistant U.S. Attorney
1401 17th Street, Suite 500              1961 Stout Street, Suite 4169
Denver, CO 80202                            Denver, CO 80294-4003
(303) 426-4878                               (303) 844-0815
calger@mcdivittlaw.com                Tom.kraus@ssa.gov